# Court of Appeals
# of the State of Georgia

ATLANTA,   September 12, 2016

*The Court of Appeals hereby passes the following order:*

**A17A0030.  PAUL SUMNER v. SOUTHERN IRRIGATION & AG SUPPLY, LLC.**

Appellant Paul Sumner filed a Withdrawal Of Appeal, which this Court deems to be Appellant's Motion For Permission To Withdraw Appeal.  Upon consideration, the motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*   09/12/2016
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*